HENRY CONSULTING, LLC     *     NO. 2025-CA-0171

VERSUS     *     COURT OF APPEAL

THE NEW ORLEANS CITY COUNCIL     *     FOURTH CIRCUIT

    *     STATE OF LOUISIANA

    *

    *

* * * * * * *

CONSOLIDATED WITH:

RAMELLI JANITORIAL SERVICES, INC.

VERSUS

CITY OF NEW ORLEANS, HENRY CONSULTING, LLC., THE COUNCIL OF THE CITY OF NEW ORLEANS

CONSOLIDATED WITH:

NO. 2025-CA-0172

**LOBRANO, J., CONCURS WITH REASONS**

I concur in the result reversing the district court's December 16, 2024 judgment granting mandamus relief and dismissing the petition for mandamus. The Mayor improperly pursued contract execution through a mandamus with respect to the procedure established by Ordinance No. 70-10. Any dispute over the policy or wisdom of that procedure, at this juncture, is for the legislative and executive branches to address, not for the judiciary to resolve in a mandamus proceeding. As I noted in my partial dissent in *Orleans Par. Sch. Bd. v. City of New Orleans*, 25-0247 (La. App. 4 Cir. 5/19/25), — So.3d —, 2025 WL 1431290, the interruption of essential public services due to procedural disputes between branches of local government underscores the need for clear standards, procedures, and cooperative implementation. This case likewise illustrates that, in matters involving essential public services, procedural clarity is important to ensure timely execution of contracts and maintain public confidence in governmental operations.

1